DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 559P11-2 | Bruce Lee Griffin v. Mike Ball, Administrator, Alm. Corre. Inst. #4680 | 1. State's Motion for Temporary Stay (COAP13-596) | 1. Allowed **08/28/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's Petition for *Writ of Certiorari* to Review Order of COA | 3. Allowed |
| | | 4. Petitioner's Motion to Appoint Counsel | 4. Allowed |
| | | | **Beasley, J., recused** |
| 568P02-2 | State v. Albert Thomas Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of the COA (COAP13-504) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |